CSC

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -7 PM 12: 18
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Benjamin Zachariah RINGE** Defendant. | Magistrate Case No. '08 MJ 2452 |
| | COMPLAINT FOR VIOLATION OF |
| | Title 8, U.S.C., Section 1324(a)(2)(B)(iii) Bringing in Illegal Alien(s) Without Presentation |
| | Title 18, U.S.C., Section 1544 Misuse of Passport |

The undersigned complainant being duly sworn states:

**Count I**

On or about **August 6, 2008**, within the Southern District of California, defendant **Benjamin Zachariah RINGE**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Roxana G. VILLALOBOS-Cueto, Maria Y. RODRIGUEZ-Lopez,** and **Judith N. OCANA-Geronimo**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code. Section 1324(a)(2)(B)(iii).

**Count II**

On or about **August 6, 2008**, within the Southern District of California, **Benjamin Zachariah** [illegible] **(Defendant)**, did knowingly and willfully use a passport issued or designed for the use of another, with the inte[illegible] to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the Unite[illegible] States by presenting U.S. Passport number 303545407, issued to William Robert Marshall, to a Department [illegible] Homeland Security, Customs and Border Protection Officer, knowing full well that he was not William Robert Marshall, and that the passport was not issued or designed for his use. All in violation of Title 18, United States Code, Section 1544.

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement officer
U.S. Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7[th] DAY OF **AUGUST, 2008**.

UNITED STATES MAGISTRATE JUDGE

ARREST
08-06-08

# PROBABLE CAUSE STATEMENT

The complainant states that **Roxana G. VILLALOBOS-Cueto, Maria Y. RODRIGUEZ-Lopez,** and **Judith N. OCANA-Geronimo** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 6, 2008, at approximately 6:05 AM, **Benjamin Zachariah RINGE (Defendant),** applied for admission into the United States at the San Ysidro Port of Entry. Defendant was the driver and sole visible occupant of a 2003 black Chevrolet Avalanche. Defendant presented a United States Passport bearing his likeness and the name William Robert Marshall as his own entry document to a United States Customs and Border Protection (CBP) Officer. The CBP Officer noticed the United States Passport appeared to have been photo altered with Defendant's photo in place of the lawful owners. Defendant was questioned and stated to the CBP Officer he owned the vehicle he was driving. Defendant also stated to the CBP Officer he was going to San Diego, California. The CBP Officer noticed Defendant did not make eye contact, and did not comply with the request to place the vehicle in park. The CBP Officer looked inside the vehicle and observed concealed human beings underneath a blanket in the rear seat area of the vehicle. The CBP Officer called for assistance and CBP Officers responded. Defendant and the vehicle were escorted to secondary for further inspection.

In secondary, CBP Officers removed a total of eleven human beings concealed in the rear seat area of the vehicle and from inside the cargo area of the vehicle. The concealed persons were determined to be citizens of Mexico without entitlements to enter the United States. Three individuals were retained as Material Witnesses and are now identified as: **Roxana G. VILLALOBOS-Cueto (MW1), Maria Y. RODRIGUEZ-Lopez (MW2),** and **Judith N. OCANA-Geronimo (MW3).**

Further checks revealed the vehicle driven by Defendant had been reported stolen, and the license plates attached to the vehicle were not issued for this vehicle. Secondary checks also confirmed the United States Passport presented by Defendant was not issued or designed for his use and was altered with the Defendant's photo in place of the photo of the lawful owner.

During a video recorded proceeding, Defendant was advised of his Miranda Rights, acknowledged his rights and elected to answer questions without the benefit of counsel. Defendant admitted knowledge of the concealed aliens. Defendant stated he was a hired driver and if successful in smuggling people into the United States, the people with whom he made arrangements would pay him $1,500.00 United States Dollars (USD). Defendant admitted that one day prior, his photograph was taken by the smugglers and prior to attempting entry into the United States he was given the United States Passport containing his photo in place of the lawful owner.

During a video recorded proceeding, Material Witnesses declared they are citizens of Mexico without legal rights or documents to enter the United States. Material Witnesses stated they were going to pay $2,500.00, $4,000.00, and an unknown amount of USD to be smuggled into the United States. Material Witnesses stated they were traveling to California to seek employment and residence.