UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08mj 2452 |
| vs. | ORDER |
| Benjamin Zachariah RINGE | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Y. Rodriguez-Lopez

DATED: 9/4/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED [signature] DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

R. F. MESSIG

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082