FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BENJAMIN ZACHARIAH RINGE,<br>Defendant. | Criminal Case No. 08cr2991-WQH<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

On or about August 6, 2008, within the Southern District of California, defendant BENJAMIN ZACHARIAH RINGE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roxana G. Villalobos-Cueto, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: September 4, 2008

KAREN P. HEWITT
United States Attorney

[signature]
FRED SHEPPARD
Assistant U.S. Attorney

FAS:psd:San Diego
8/11/08