AO 455 (Rev. 5/85) Waiver of Indictment

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

BENJAMIN ZACHARIAH RINGE

**WAIVER OF INDICTMENT**

08CR2991-WQH

CASE NUMBER: 08MJ2452

I, BENJAMIN ZACHARIAH RINGE, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on SEPT. 4, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Defense Counsel

Before
Judicial Officer